**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pierrette V. Pearson a/k/a Pierrette V. Nix-Pearson | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-10803 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LSF9 Master Participation Trust and index same on the master mailing list.

                                                Respectfully submitted,

                                        /s/ *Rebecca Solarz*
                                        Rebecca Solarz
                                        19 May 2022, 16:11:45, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322