UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 29, 2022

To:
**David A Scholl, Esq.**


In re: **Pierrette V.  Pearson**
Bankruptcy No. **22-10803**
Adversary No.
Chapter 13

Re **Amended Schedules E/F**

The above document(s) were filed in this office on June 28, 2022**.**  Please be advised that the
filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court.

| | |
|---|---|
| () | Voluntary Petition |
| () | Adversary Proceeding |
| (x) | $32.00 Filing Fee for Amendments (Amended Schedule E/F) |
| () | $26.00 Claims Transfer Fee |
| () | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice as required by
the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this
matter will  be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Paul  A.  Puskar**
Deputy Clerk

*Fee Notice*
*(12/23/20)*