**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**PIERRETTE V. PEARSON,** : **CHAPTER 13**
**Debtor**

: **BANKRUPTCY NO. 22-10803**

**ORDER SUR DEBTOR'S OBJECTIONS TO PROOF OF CLAIM FILED BY LFS9 MASTER PARTICIPATION TRUST("LSF9")**

AND NOW, this _____ day of August, 2922, upon consideration of the Debtor's Objections to the Proof of Claim filed by LSP9, and any response thereto, it is hereby ORDERED as follows:

1. The Objections are SUSTAINED.

2. The arrearage in the total Proof of Claim filed by LSF9 is REDUCED to $_____ and its claim is reduced to $_____,..

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**PIERRETTE V. PEARSON,**                              :            CHAPTER 13
**Debtor**

                                                                           :            BANKRUPTCY NO. 22-10803

**DEBTOR'S OBJECTIONS TO THE PROOF OF CLAIM FILED BY LSF9 MASTER PARTICIPATION TRUST("LSF9")**

The Debtor now comes and makes the following Objections ("the Objections") to the Proof of Claim filed in this case (No. 9) by LSF9:

1. LSF9 filed proof of claim No. 9 ("POC") on June 8, 2022, asserting, inter alia, a right to a total secured claim of $152, 967.52, and an arrearage of $95,214.58. A copy of the first nine pages of the POC, omitting the loan documents, are attached hereto.

2. The Debtor filed a prior bankruptcy case at Bankr. No. 07-10612 ("the Prior Case") on February 2, 2007.

3. The Prior Case was pending until the Debtor obtained a Discharge in that case on October 26, 2012.

4. The Claim is based upon a Mortgage of August 1, 2000, on the Debtor's property at 5042 Gainor Rd., Philadelphia, PA. 19131 ("the Property"), in the principal amount of $80,700, between the Debtor and Champion Mortgage. The mortgage was assigned by Champion Mortgage to Household Finance Company Consumer Discount Co. ("HFC") on or about 2010. The foregoing information is recited in the documents attached to the Proof of Claim. No statement is provided, however, as to how the mortgage was assigned from HFC to the Claimant, and, until same is provided, the Debtor denies that the Claimant has any right to collect on this mortgage.

5.     After the Discharge, the Debtor resumed her mortgage payments to HFC. The Debtor believes and avers thet she made all payments due to HFC and same were accepted until 2014. At that time, HFC erroneously claimed that certain payments were not made, and it refused to accept her further payments. The Debtor nevertheless continued to make the payments, and some of the payments were apparently received and should have been credited, but other payments were returned to her and have been kept by the Debtor in a safe in her home. Approximately $22,000 in payments have accumulated in this way.

6.     On or about November 2, 2016, the Claimant commenced a Mortgage Foreclosure ("the MF Action") against the Debtor in the Court of Common Pleas of Philadelphia County ("the CP Court") at Case ID No. 161004596 ("the MF Case"). A default judgment was entered on December 9, 2016. That judgment was opened, but a subsequent motion for Summary judgment was entered in favor of the plaintiff on September 11, 2018.

7.     In the itemization of the Total Debt Calculation and the Arrearage as of the date of the Debtor's bankruptcy petition, there are "Fees and Costs" of $24,517.41. There is an attempt to itemize these "Fees and Costs" in a "Breakdown" of same. However, many of these entries are charges unsupported by any receipts and "attorney fees" unsupported by any identification of any attorney or the hours expended. All of these charges come to a sum which is grossly excessive for a basically uncontested mortgage foreclosure action in which the fees and costs should be approximately $2000.

8.     In the aforementioned itemization, there is recitation of $6,135.71 for "escrows." However, the Debtor has paid all insurance charges on the Property and has paid all of the taxes due since 2018. On numerous instances, the Debtor informed the mortgagee and the service

companies employed by them of these payments, However, the Claimant and its assignors continued to purchase insurance and claimed to have made tax payments on the Property.

9. The Debtor resumed her alleged regular mortgage payments of approximately $700/month during the course of one of her two 2019 bankruptcy cases and in this bankruptcy case, in April, 2022. Any payment in excess of $700/month is excessive because it includes escrow amounts for insurance and taxes which the /Debtor has repeatedly advised the Claimant's servicer, Fay Servicing, LLC ("Fay"), that she is paying herself.

10. The Debtor's total arrears should be no more than $700 monthly from October, 2018, to March, 2022, less two payments made in 2019, or approximately 42 months times $700/month, or $25,200, plus reasonable fees of no more than $2000, or approximately $27,200.

11. The correct total amount of the Claimant's claim is difficult to ascertain, because the Debtor was entitled to have all payments deducted from the principal balance as soon as they were made, and the interest computed at that time and only then added to the principal balance. However, the Debtor does believe that, since the arrears were overstated by about $68,000, the total claim should be reduced by no less than $68,000. As a result, the Debtor believes that the total claim alleged to be $152,967.52 should be less $68,000, or approximately $85,000.

WHEREFORE, the Debtor requests that this court will enter the Proposed Order accompanying the Objections.

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Attorney for Debtor

**Fill in this information to identify the case:**

Debtor 1: Pierrette V. Pearson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania** (State)

Case number: 22-10803-elf

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | LSF9 Master Participation Trust<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes   From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure | **Where should notices to the creditor be sent?**<br><br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609<br><br><br>Contact phone (312) 291-3781<br><br>Contact email | **Where should payments to the creditor be sent?** (if different)<br><br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609<br><br><br>Contact phone (312) 291-3781<br><br>Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes   Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes   Who made the earlier filing? | |

Official Form 410                                                                                                                         Page 1

Debtor 1    **Pierrette V. Pearson**    Case number   22-10803-elf
First Name    Middle Name    Last Name

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  3704

**7. How much is the claim?**    $ 152,967.52

For leases state only the amount of default.

Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Money Loaned

**9. Is all or part of the claim secured?**
☐ No
☒ Yes. The claim is secured by a lien on property.

Nature of property:
☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

Describe:   5042 GAINOR RD, Philadelphia, PA 19131
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection:   **Recorded Mortgage**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                $ _____

Amount of the claim that is secured:    $ 152,967.52

Amount of the claim that is unsecured:  $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ 95,214.58

Annual Interest Rate (when case was filed) 9.7500%
☐ Fixed
☒ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Does this claim involve a right to setoff?**
☒ No
☐ Yes. Identify the property _____

Debtor 1   **Pierrette V. Pearson**   Case number  22-10803-elf
          First Name   Middle Name   Last Name

### 12. Is all or part of the claim Entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. Check all that apply:   Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/07/2022
                   MM/DD/YYYY

/s/Kinnera Bhoopal
Signature

Print the name of the person who is completing and signing this claim:

Name      Kinnera Bhoopal
          First name   Middle name   Last name

Title     Authorized Agent

Company   McCalla Raymer Leibert Pierce, LLC
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   1544 Old Alabama Road
          Number Street

          Roswell                       GA      30076
          City                          State   ZIP Code

Contact Phone  (312) 348-9088 X5172   Email  Kinnera.Bhoopal@mccalla.com

Official Form 410   Page 3

# Mortgage Proof of Claim Attachment (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| Case number: | 22-10803-elf |
| --- | --- |
| Debtor 1: | Pierrette V. Pearson |
| Debtor 2: | |
| Last 4 digits to identify: | 3704 |
| Creditor: | LSF9 Master Participation Trust |
| Servicer: | Fay Servicing, LLC |
| Fixed accrual/daily simple interest/other: | Variable |

## Part 2: Total Debt Calculation

| Principal balance: | $68,318.54 |
| --- | --- |
| Deferred Principal: | $2,293.12 |
| Interest due: | $52,083.94 |
| Fees, costs due: | $24,517.41 |
| Escrow deficiency for funds advanced: | $6,135.71 |
| Less total funds on hand: | -$381.20 |
| Total debt: | $152,967.52 |

## Part 3: Arrearage as of Date of the Petition

| Principal & Interest due: | $64,480.62 |
| --- | --- |
| Prepetition fees due: | $24,517.41 |
| Escrow deficiency for funds advanced: | $6,135.71 |
| Projected escrow shortage: | $462.04 |
| Less funds on hand: | -$381.20 |
| Total prepetition arrearage: | $95,214.58 |

## Part 4: Monthly Mortgage Payment

| Principal & interest: | $693.34 |
| --- | --- |
| Monthly escrow: | $151.99 |
| Private mortgage insurance: | $0.00 |
| Total Monthly Payment: | $845.33 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 22-10803-elf |
| Pierrette V. Pearson | ) | CHAPTER 13 |
| Pierrette V. Nix-Pearson | | |
| | ) | JUDGE Eric L. Frank |
| | ) | |

**EXHIBIT B**
ITEMIZATION OF CLAIM

Total Debt as of 3/30/2022

- Unpaid Principal Balance — $ 68,318.54
- Interest on Principal Balance at: 9.750% — $ 52,083.94
  July 7, 2014 through March 30, 2022
- Deferred Principal — $ 2,293.12
- Escrow Advance — $ 6,135.71
- Additional Fees — $ 24,517.41
  *See Fees and Costs Breakdown Attached

- Debtor Suspense — ($ 381.20)

**TOTAL DEBT**         $ 152,967.52

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CASE NO.: | 22-10803-elf |
| Pierrette V. Pearson | ) | CHAPTER: | 13 |
| Aka Pierrette V. Nix-Pearson | | | |
| | ) | JUDGE: | Eric L. Frank |
| | ) | | |

**EXHIBIT C**
ITEMIZATION OF CLAIM

Total Arrearage as of 3/30/2022

| | |
|---|---:|
| • Regular Monthly Installments of $ 693.34<br>July 2014 through March 2022 | $ 64,480.62 |
| • Escrow Shortage | $ 462.04 |
| • Escrow Advance | $ 6,135.71 |
| • Additional Fees<br>*See Fees and Costs Breakdown Attached | $ 24,517.41 |
| • Debtor Suspense | ($ 381.20) |
| **TOTAL ARREARS**              **$ 95,214.58** | |

Fees and Costs Breakdown

| Date | Amount | Detail | Date | Amount | Detail | Date | Amount | Detail |
|---|---|---|---|---|---|---|---|---|
| 12/20/2016 | $344.48 | FC court cost | 10/9/2019 | $825.00 | FC attorney fee | 12/7/2020 | $15.00 | property inspection |
| 12/20/2016 | $1,410.00 | FC attorney fee | 10/15/2019 | $15.00 | property inspection | 12/31/2020 | $0.50 | mail cost |
| 12/20/2016 | $1,500.00 | FC sheriff cost | 10/29/2019 | $575.00 | FC attorney fee | 1/6/2021 | $15.00 | property inspection |
| 10/2/2017 | $483.75 | FC attorney fee | 10/29/2019 | $55.00 | FC attorney fee | 2/23/2021 | $20.00 | property inspection |
| 10/2/2017 | $57.68 | FC court cost | 10/29/2019 | $57.68 | FC court cost | 3/16/2021 | $0.51 | FC fee |
| 10/4/2017 | $550.00 | FC attorney fee | 10/29/2019 | $85.00 | FC court cost | 3/16/2021 | $100.00 | attorney fee |
| 11/30/2017 | $12.19 | FC disbursement | 10/29/2019 | $85.00 | FC court cost | 3/30/2021 | $20.00 | property inspection |
| 11/30/2017 | $125.00 | FC attorney fee | 10/29/2019 | $5.46 | mail cost | 5/5/2021 | $20.00 | property inspection |
| 6/11/2018 | $57.68 | FC court cost | 10/29/2019 | $3.64 | mail cost | 5/11/2021 | $15.00 | property inspection |
| 6/11/2018 | $575.00 | FC attorney fee | 10/29/2019 | $5.46 | mail cost | 6/7/2021 | $20.00 | property inspection |
| 7/26/2018 | $1,135.00 | FC attorney fee | 11/5/2019 | $430.00 | FC attorney fee | 6/15/2021 | $0.51 | FC fee |
| 7/26/2018 | $57.68 | FC court cost | 11/5/2019 | $57.68 | FC court cost | 6/15/2021 | $80.00 | FC fee |
| 8/9/2018 | $57.68 | FC court cost | 11/27/2019 | $15.00 | property inspection | 6/15/2021 | $100.00 | attorney fee |
| 8/9/2018 | $325.00 | FC attorney fee | 12/30/2019 | $1,050.00 | BK attorney fee | 6/15/2021 | $160.00 | attorney fee |
| 9/20/2018 | $1,500.00 | FC sheriff cost | 12/30/2019 | $181.00 | BK attorney fee | 7/14/2021 | $20.00 | property inspection |
| 10/12/2018 | $2.40 | FC disbursement | 2/28/2020 | $1,500.00 | FC sheriff cost | 8/18/2021 | $20.00 | property inspection |
| 10/12/2018 | $2.00 | FC disbursement | 3/4/2020 | $825.00 | FC attorney fee | 9/23/2021 | $20.00 | property inspection |
| 10/12/2018 | $2.40 | FC disbursement | 4/8/2020 | $85.00 | FC court cost | 9/28/2021 | $5.86 | FC fee |
| 10/12/2018 | $825.00 | FC attorney fee | 4/8/2020 | $85.00 | FC court cost | 9/28/2021 | $0.51 | FC fee |
| 12/12/2018 | $100.00 | FC attorney fee | 4/8/2020 | $5.58 | mail cost | 9/28/2021 | $250.00 | attorney fee |
| 12/24/2018 | $0.47 | FC disbursement | 4/8/2020 | $3.72 | mail cost | 10/27/2021 | $20.00 | property inspection |
| 12/24/2018 | $325.00 | FC attorney fee | 4/8/2020 | $5.58 | mail cost | 12/8/2021 | $20.00 | property inspection |
| 3/1/2019 | $325.00 | BK attorney fee | 5/13/2020 | $15.00 | property inspection | 12/27/2021 | $2,000.00 | FC fee |
| 3/12/2019 | $500.00 | BK attorney fee | 6/16/2020 | $100.00 | FC court cost | 1/10/2022 | $20.00 | property inspection |
| 4/17/2019 | $250.00 | BK attorney fee | 6/16/2020 | $0.50 | mail cost | 1/26/2022 | $825.00 | attorney fee |
| 4/26/2019 | $0.50 | mail cost | 6/17/2020 | $15.00 | property inspection | 2/8/2022 | $20.00 | property inspection |
| 4/26/2019 | $100.00 | FC court cost | 7/1/2020 | $325.00 | BK attorney fee | 3/15/2022 | $40.00 | title |
| 4/26/2019 | $0.65 | mail cost | 7/1/2020 | $550.00 | BK attorney fee | 3/15/2022 | $400.00 | title |
| 4/26/2019 | $0.50 | mail cost | 7/21/2020 | $15.00 | property inspection | 3/16/2022 | $20.00 | property inspection |
| 4/26/2019 | $0.50 | mail cost | 9/11/2020 | $15.00 | property inspection | 3/24/2022 | $80.00 | FC fee |
| 5/6/2019 | $100.00 | FC court cost | 9/28/2020 | $15.00 | FC attorney fee | 3/29/2022 | $6.13 | FC fee |
| 6/13/2019 | $280.00 | FC attorney fee | 10/19/2020 | $15.00 | property inspection | 3/29/2022 | $0.53 | FC fee |
| 6/13/2019 | $57.68 | FC court cost | 10/29/2020 | $100.00 | FC court cost | 3/29/2022 | $84.00 | FC fee |
| 10/3/2019 | $1,500.00 | FC sheriff cost | 12/2/2020 | $100.00 | FC court cost | 3/30/2022 | $12.26 | FC fee |
| 10/7/2019 | $200.00 | FC court cost | 12/2/2020 | $0.50 | mail cost | 3/30/2022 | $1.06 | FC fee |
| | | | 12/2/2020 | $0.50 | mail cost | 3/30/2022 | $100.00 | attorney fee |



**ESCROW ACCOUNT
DISCLOSURE STATEMENT**

P.O. Box 814609
Dallas, TX 75381-4609

Loan Number:
Analysis Date: 4/21/2022

PIERRETTE NIX-PEARSON
5042 GAINOR RD
PHILADELPHIA PA 19131

Customer Service
Monday-Friday    9:00 a.m. to 5:00 p.m. CT
Saturday    10:00 a.m. to 2:00 p.m. CT

|  | Present Payment | NEW PAYMENT Effective 4/07/2022 |
|---|---|---|
| Principal & Interest | $693.34 | $693.34 |
| Escrow Deposit | $177.35 | $151.99 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| Total | $870.69 | $845.33 |

**ESCROW ANALYSIS STATEMENT**

At least once every 12 months Fay Servicing analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. If there is an overage amount over $50, the full amount of the overage will be refunded to you.

| BK Filed | Escrow Advance As of Filing Date | MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|---|---|
| 3/30/2022 | $6,135.71 |  |  |  |  |  | $462.04 |
| Escrow in POC: |  |  |  |  |  |  |  |
|  | $0.00 | Apr-22 | $151.99 | $0.00 |  | $151.99 | $614.03 |
|  | $0.00 | May-22 | $151.99 | $0.00 |  | $303.99 | $766.02 |
|  | $0.00 | Jun-22 | $151.99 | $0.00 |  | $455.98 | $918.01 |
|  | $0.00 | Jul-22 | $151.99 | $0.00 |  | $607.97 | $1,070.01 |
|  | $0.00 | Aug-22 | $151.99 | $0.00 |  | $759.96 | $1,222.00 |
|  | $0.00 | Sep-22 | $151.99 | $0.00 |  | $911.96 | $1,373.99 |
|  | $0.00 | Oct-22 | $151.99 | $1,222.00 | HOMEOWNERS I | ($158.05) | $303.98 |
|  | $0.00 | Nov-22 | $151.99 | $0.00 |  | ($6.06) | $455.98 |
|  | $0.00 | Dec-22 | $151.99 | $0.00 |  | $145.93 | $607.97 |
|  | $0.00 | Jan-23 | $151.99 | $0.00 |  | $297.93 | $759.96 |
|  | $0.00 | Feb-23 | $151.99 | $601.91 | CITY/TOWN | ($151.99) | $310.04 |
|  | $0.00 | Mar-23 | $151.99 | $0.00 |  | ($0.00) | $462.04 |
|  | $0.00 |  |  |  |  |  |  |
|  | $0.00 | Total: | $1,823.91 (a) | $1,823.91 |  |  |  |
|  | $0.00 |  |  |  |  |  |  |
|  | $0.00 |  |  |  |  |  |  |
|  | $0.00 |  |  |  |  |  |  |
|  | $0.00 |  |  |  |  |  |  |
|  | $0.00 |  |  |  |  |  |  |

| Escrow in POC: | $0.00 | Required |  | $462.04 |
|---|---|---|---|---|
| Escrow at Filing: | $6,135.71 | Escrow Balance |  | ($6,135.71) |
| Total: | ($6,135.71) | Total Required |  | $6,597.75 Escrow Shortage Placed in POC |

**UNDERSTANDING YOUR MONTHLY**
**ESCROW PAYMENT AMOUNT**

**1. Projected Monthly Escrow Payment**
The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $1,823.91/ 12months = $151.99

**2. Escrow Surplus/Shortage**
The minimum escrow balance required in your account is known as the Required Low Point. This is $303.98 under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point $158.05 to the Required Low Point $303.98 to determine the Required Balance $462.04. Next, we compare the Required Balance $462.04 to the Escrow Balance $6,135.71 to determine the overage/surplus: You have a shortage of $6,597.75 because the Escrow Balance of $6,135.71 is less than the Required Balance of $462.04. The shortage is placed in the proof of claim.

**3. New Monthly Escrow Payment**
Monthly Escrow Payment:    $151.99
Effective Date             4/07/2022

---

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

**Loan Number:** ▇▇▇▇    **ACCOUNT HISTORY**    **Date:**    4/21/2022

This is a statement of actual activity in your escrow account from 00/00/0000 through 00/00/0000. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
· The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
· Additional funds were applied to your escrow account
· The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |