# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**PIERRETTE V. PEARSON,**                              :          CHAPTER 13
**Debtor**

                                                                                 :          BANKRUPTCY NO. 22-10803

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The Debtor has filed an Objection to the Proof of Claim filed by you in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Eric L. Frank on August 24, 2022, at 1:00 P.M., in Courtroom No. 1, 900 Market St., Philadelphia, PA. 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:   July 20, 2022                                    Attorney for Objector

                                                                      DAVID A. SCHOLL
                                                                      512 Hoffman Street
                                                                      Philadelphia, PA. 19148
                                                                      610-550-1765