UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Pirerrette  V. Pearson
         Bankruptcy No. 22-10803ELF
         Adversary No.
         Chapter          13

Date:   DATE July 21, 2022

To:          David A. Scholl, Esq


## NOTICE OF INACCURATE FILING

Re:  Notice of Motion to Objection to Claim

The above pleading was filed in this office on **July 20, 2022 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

|     |     |
| --- | --- |
| () | Debtor's name does not match case number listed |
| () | Debtor's name and case number are missing |
| () | Wrong PDF document attached |
| () | PDF document  not legible |
| () | Notice of Motion/Objection |
| () | Electronic Signature missing |
| (x) | Other: **Incorrect Hearing Location Listed on PDF** |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** .  Otherwise, the matter will be referred to the Court.


Timothy B. McGrath
Clerk


By: **Paul  A.  Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04