IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**PIERRETTE V. PEARSON,**                                              :        **CHAPTER 13**
**Debtor**

                                                                               :        **BANKRUPTCY NO. 22-10803**

## AMENDED NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

       The Debtor has filed an Objection to the Proof of Claim filed by you in this bankruptcy case.

       Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

       If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Eric L. Frank on August 30, 2022, at 1:00 P.M., in Courtroom No. 1, 900 Market St., Philadelphia, PA. 19107, or Telephonic Hearing. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:   July 21, 2022                                   Attorney for Objector

                                                                             DAVID A. SCHOLL
                                                                             512 Hoffman Street
                                                                             Philadelphia, PA.  19148
                                                                             610-550-1765