**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  PIERRETTE V. PEARSON,  :  Chapter 13
  :
 Debtor  :
  :
  :  Bky. No.  22-10803 ELF

**O R D E R**

**AND NOW**, following a pretrial conference held in connection with the Debtor's Objection to the Proof of Claim of LSF9 Master Participation Trust ("the Objection") (Doc. # 35), it is hereby **ORDERED** that:

1. **On or before October 11, 2022**, each party shall serve upon the opposing party:

   a. a Witness List stating the name and title of each witness the party intends to call and a summary of subject matter of the anticipated testimony;

   b. A list and copies of all documents the party intends to introduce into evidence at the hearing on the Objection.

2. A hearing on the Objection is **SCHEDULED on November 7, 2022, at 9:30 a.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**

Date:  September 6, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**