**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**PIERRETTE V. PEARSON,**                    :   CHAPTER 13
**Debtor**

                                                                                          : BANKRUPTCY NO. 22-10803

**DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS**

The Debtor has not delayed in prosecuting this case. The mortgagee of the Debtor's property at 5042 Gainor Rd., Philadelphia, PA. 19131, has proposed that the Debtor apply for a modification of that mortgage bnd that the morgagee will offer a loan modification to the Debtor as a means of resolving the primary disputes in this case. The Debtor is awaiting a specific loan modification offer in order to determine whether such a resolution is acceptable to her.
.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case.be denied; or, in the alternative, that the next scheduled hearing of December 15, 2022, be continued.

Date:   November 21, 2022                    Attorney for Debtor

                                                                                           /s/DAVID A. SCHOLL
                                                                                           512 Hoffman Street
                                                                                           Philadelphia, PA.  19148
                                                                                           610-550-1765