**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**PIERRETTE V. PEARSON,**  : CHAPTER 13
**Debtors**  : BANKR. No. 22-10803

**AMENDED CERTIFICATION OF SERVICE**

I hereby certify that I served copies of the Debtor's Third Amended Plan on or about December 26, 2022, on all secured and priority creditors on the claims Docket in the Debtor's case, namely : Philadelphia Gas Works; City of Philadelphia, Water Revenue Bureau; and LSF9 Master Participation Trust.

Dated: February 7, 2023

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor