United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 22-10803-elf |
|---|---|
| Pierrette V. Pearson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pierrette V. Pearson, 4981 Parkside Avenue North, Philadelphia, PA 19131-2529 |
| 14680273 | + | Beverly Felton, 5042 Gainor Road, Philadelphia, PA 19131-3306 |
| 14692919 | + | LSF9 Master Participation Trust, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14696476 | | LSF9 Master Participation Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 14680281 | | LSF9 Master Participation Trust, P.O. Box 279415, Oklahoma City, OK 73137 |
| 14680280 | + | Lankenau Medical Center, 100 East Lancaster Avenue, Wynnewood, PA 19096-3400 |
| 14702239 | + | Main Line Health, Lankenau Hospital, 100 East Lancaster Avenue, Wynnewood, PA 19096-3450 |
| 14682529 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3rd Fl |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14691440 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680275 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, Law Department, 1401 JFK Blvd., Philadelphia, PA 19102 |
| 14711846 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14680274 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2023 00:03:34 | Capital One Bank, USA, NA, 4515 Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14680276 | + | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14680278 | | Email/Text: mrdiscen@discover.com | Feb 08 2023 23:58:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14680279 | + | Email/Text: RASEBN@raslg.com | Feb 08 2023 23:58:00 | JP Morgan Chase Bank, N.A., c/o Robertson, Anschutz & Schned, P.C., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14683686 | + | Email/Text: BankruptcyECFMail@mccalla.com | Feb 08 2023 23:58:00 | LSF9 Master Participation Trust, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14683965 | + | Email/Text: BankruptcyECFMail@mccalla.com | Feb 08 2023 23:58:00 | LSF9 Master Participation Trust, c/o Maria Tsagaris, Esq., McCalla Raymer Leibert Pierce LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14692713 | ^ | MEBN | Feb 08 2023 23:56:17 | LSF9 Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 155 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14680282 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 00:03:41 | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14690259 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2023 00:03:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14680283 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | Pennsylvania Department of Revenu, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14680284 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2023 00:03:34 | Portfolio Recovery Services, inc., P.O. Box 41067, Norfolk, VA 23541-1067 |
| 14680619 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681057 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:40 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14680277 | | Credit One Bank, P.O. Box 88873, Las Vegas, NV |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID A. SCHOLL
on behalf of Debtor Pierrette V. Pearson judgescholl@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group MSB 1401 John F Kennedy Blvd 5th Floor Philadelphia  PA 19102 pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov

United States Trustee

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 155 | Total Noticed: 24 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Pierrette V. Pearson
      Debtor(s)                                     Chapter: 13

                                                        Bankruptcy No: 22−10803−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                               Eric L. Frank
                                                               Judge ,
                                                               United States Bankruptcy Court

                                                                                             69 − 17
                                                                                            Form 155