### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: PIERRETTE V. PEARSON,   :   CHAPTER 13

Debtor   :   BANKRUPTCY NO. 22-10803

### APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant has been counsel for the Debtor in this case since February 8, 2021, long before she filed this case on March 30, 2022, and has had the responsibility for all aspects of the Debtor's representation from that date to the present.

2. All services rendered for which compensation is requested were performed on behalf of the Debtor.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The period of the Application is from February 8, 2021, through February 10, 2023.

5. The total fees requested from the Debtors' estate through this period are $8292.

6. This case was filed on March 30, 2022, by the undersigned.

7. No Application to appoint the Applicant as counsel for the Debtor was filed, since this is a Chapter 13 case.

8. The first services were performed by the Applicant in connection with this case on February 8, 2021.

9. Compensation is requested under section 330.

10. Disclosure of compensation under Rule 2016(b) were filed for the one payment to counsel to date, totaling $1000 on April 11, 2022.

My billing rate for the period at issue was $2500 for all routine services plus $300 per hour more for all non-routine services which are designated (*) on the attached Time Records.

11. A description of the services performed is included on the following pages.

WHEREFORE, the Applicant requests an award of $ 8292 in Compensation for services, less $1000 paid, or $7292 in compensation, of which $7292 is requested from funds held by the Trustee.

Dated: March 7, 2023 /s/DAVID A. SCHOLL

512 Hoffman Street

Philadelphia, PA. 19148

610-550-1765

Attorney for Debtor

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re::
PIERRETTE V. PEARSON,  : CHAPTER 13
    Debtor  : BANKRUPTCY NO. 22-10803

## ORDER

AND NOW, this ____ day of April, 2023, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from February 8, 2021 through February 10, 2023, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is a022arded compensation of $ 8292 for this period. The trustee shall distribute $ 7292 from the funds paid to him to the Applicant.

_____

J.

**EXHIBIT "B"**

## DESCRIPTION OF SERVICES

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 2/8//22 | Call from Client re Filing | 1 hr. |
| 2/9/22 | Research Prior Cases | 1.5 hrs. |
|  | Call to Client | 12 mins. |
|  | Email to Client Fee agreement & Schedules | 42 mins. |
| 2/10/22 | Call to Roger's Office | 30 mins. |
| 2/17/22 | Call to David Nelson | 12 mins. |
| 2/18/21 | Call to Client | 12 mins. |
| 2/23/21 | Try to Call Robert Captain | 18 mins. |
| 2/25/21 | Email from Nelson, Review | 12 mins. |
| 3/11/21 | Emails from Client | 6 mins. |
| 3/16.21 | Call from Client | 12 mins. |
| 4/5/21 | Check if client Got Refund | 6 mins. |
| 4/23/21 | Call to Ckient | 12 mins. |
| 4/27/21 | Reviewed Credit Counseling Cert. | 12 mins. |
| 5/1/21 | Read article, Call Client | 12 mins. |
| 5/3/21 | Reviewed credit Counseling Cert. | 12 mins. |
| 6/15/21 | Call to Nelson & Reply | 12 mins. |
| 6/30/21 | Copy & Review State Court Docket | 18 mins. |
| 7/6/21 | Emails Sent for client | 18 mins. |
| 7/15/21 | Client Advises Got funds Back | 24 mins. |
|  | Call client re receipt | 12 mins. |

| Date | Description | Time |
|---|---|---|
| 7/18/21 | Call to McCabe firm re Sale status | 12 mins. |
| 8/2/21 | Call to Client re Schedules | 12 mins. |
| 8/3/21 | Check city Tax records Gainor Rd. | 12 mins, |
| 8/11/21 | Call to McCabe re Froeclosure status | 24 mins. |
| 8/113/21 | Receive Schedules Draft | 12 mins. |
| 8/16-18/21 | Review Schedules draft withClient | 30 mins. |
| 8/17-19/21 | Work on Schedules | 2 hrs. |
| 8/23/21 | Call client & Revise Schedules | 24 mins. |
| 8/25/21 | sent client signature Pages & Call | 24 mins. |
| 8/26/21 | Revise Schedules | 30 mins. |
| 8/30/21 | Further Revise Schedules | 30 mins. |
| 8/31/21 | further Revise Schedules | 12 mins. |
|  | Draft Plan | 18 mins. |
| 9/3/21 | Call to McCabe re Mortgage stautus | 24 mins. |
| 9/7/21 | Call to sheriff re Requirements to list Sale | 18 mins. |
| 9/13/21 | Call McCabe re Sale Plans | 24 mins, |
|  | Call to sheriff re What Required for Sale | 36 mins. |
| 9/27/21 | Email from Client | 12 mins. |
| 9/29/21 | Call to & s from Graham at McCabe | 18 mins. |
| 10/5/21 | Email re sale 11/21 | 12 mins. |
| 10/24/21 | Email to Graham | 12 mins. |
| 10/27/21 | Call to sheriff | 12 mins. |
| 10/28/21 | Calling When sale Likely | 18 mins. |

| Date | Description | Time |
|---|---|---|
| 11/1/21 | Check if aany Filing | 12 mins. |
| 11/13//21 | Call to Client | 12 mins. |
| 11/22/21 | Call to client | 12 mins, |
| 12/2/21 | Check Docket | 12 mins. |
| 12/28/21 | Check docket | 6 mins. |
| 1/5/22 | Call re filing None Done Call to Client | 24 mins. |
| 1/11/22 | Check with sheriff, Call to client | 18 mins. |
| 1/18/22 | Call to Graham | 12 mins. |
| 2/8/22 | Client Gets Mail Sale Notice, Call Grham & client | 30 mins. |
| 3/4/22 | Review Docket | 12 mins. |
| 3/8/22 | Review Docket Again | 12 mins. |
| 3/16/22 | Call to McCabe, check Docket, Call Client | 18 mins. |
| 3/22, 24/21 | Try to Call Graham | 12 mins, |
| 3/28/22 | Decide to File Before April Sale Date | 12 mins. |
| 3/30/22 | File Petition | 1 hr. |
| | File othr initial Documents | 30 mins. |
| | Call & Email to Graham re Filing | 18 mins. |
| 3/31/22 | Email to Sheriff re Filing | 18 mins. |
| 4/6/22 | Work on Schedules | 30 mins. |
| | Call Client re Schedules | 30 mins. |
| 4/8/22 | Further work on Schedules | 30 mins. |
| 4/11/22 | Filed Revised Petition & Schedules | 2 hrs. |
| | Email to client re Filings | 30 mins. |

| Date | Description | Time |
|---|---|---|
| 4/15/22 | Notice re 341 Meeting of Creditors | 18 mins. |
| | Call client re Meeting of creditors | 12 mins. |
| 4/20/22 | Email to Client re Meeting of Creditors | 30 mins. |
| 4/26/22 | Call to Client re Items for Meeting of Creditors | 18 mins. |
| 4/28/22 | Calls to Client re Meeting documents | 18 mins. |
| 5/2/22 | Call to Client re Meeting | 12 mins. |
| 5/4/22 | Email to Trustee re Meeting | 12 mins. |
| 5/11/22 | Call to Client re Meeting Items | 12 mins. |
| 5/13/22 | Call to Client re Meeting Documents | 12 mins. |
| 5/18/22 | Income Records filed | 30 mins. |
| | Notice of Continuance of Meeting | 12 mins. |
| 5/26/22 | Notice of Appearance & Objection to Confirmation Filed | 30 mins. |
| 6/2/22 | Call to Client re New Meeting Date | 12 mins. |
| 6/3/22 | Check Filings | 12 mins. |
| | Call to Client after Checking Docket | 12 mins. |
| 6/8/22 | Check Claims docket | 12 mins, |
| | Call Client re What's on Claims Docket | 12 mins, |
| 6/14/2 | Review Prior Case Trustee Motions | 30 mins. |
| 6/16/22 | Review Claims | 30 mins. |
| 6/21/22 | Discuss Claims with Client | 30 mins. |
| 6/23/22 | Draft objection to Claim of Mortgagee | 1 hr.* |
| 6/24/22 | Call Client re Draft Objection | 30 mins.* |
| 6/27/22 | Meeting of Creditors | 30 mins. |

| Date | Description | Time |
|---|---|---|
| 6/29/22 | Redraft Objection to Mortgage Claim | 1 hr.* |
| | Call to client re Draft of Objection | 18 mins.* |
| 7/3/22 | Further redraft of Objection | 1 hr.* |
| 7/8/22 | Call Client re Redraft of Objection | 30 mins.* |
| | Further Revisions to Objection | 18 mins.* |
| | Further Call to Client re Objection | 12 mins.* |
| 7/14/22 | Further Revisions to Objection | 1 hr.* |
| 7/15/22 | Corrections to Objection | 12 mins.* |
| 7/20/22 | File objections 7 Notice of /hearing & Serve | 1 hr.* |
| 7/22/22 | Amended plan /filed & Served | 30 mins. |
| 8/7/22 | Call to Continue /hearing on Objection | 12 mins.* |
| 8/11/22 | Hearings Rescheduled | 18 mins. |
| 8/16/22 | Confirmation of /rescheduled Hearings | 18 mins. |
| 8/24/22 | Review Mortgagee's Response to Objections | 30 mins.* |
| | Call to Client re Response | 12 mins,* |
| 8/23 &24/22 | Receive Client's Records on Mortgage & Review | 4 hrs.* |
| 8/29/22 | Discuss Continuance of Hearings to 11/22 | 30 mins.* |
| 9/5/22 | Review /records of Client | 1.5 hrs,* |
| 9/6/22 | Contact Client re Receipts | 12 mins.* |
| 9/9/22 | Call to Client re Mortgage Records | 30 mins.* |
| 9/21/22 | Review Client Records | 30 mins.* |
| 9/23/22 | Mortgagee Substitution of Counsel | 12 mins.* |
| 9/24/22 | Review of Mortgage Documents | 1 hr.* |

| Date | Description | Time |
|---|---|---|
| 9/27/22 | intense Review of Mortgage Documents | 3 hrs.* |
| 9/28/22 | Continued /Review of Records | 48 mins.* |
| 9/29/22 | Continued Review of Documents | 2 hrs.* |
| 10/4/22 | Continued Review of Documents | 30 mins.* |
| 10/4-6/22 | Continued Review of documents | 1.5 hrs.* |
| 10/11/22 | Call from Nicholas re Conference | 12 mins.* |
| | Review of Records re Note & State Court Actions | 1.5 hrs.* |
| 10/12/22 | Review of amended Claim | 30 mins.* |
| 10/14/22 | further Review of Amended Claim | 1 hr.* |
| 10/17/22 | Conference with Judge | 30 mins.* |
| 10/10/22 | further Record Review in Light of Conference | 4 hrs.* |
| 10/20/22 | Review Status with Clien | 30 mins.* |
| 10/21/22 | fFnal Review of Records | 1 hr.* |
| 10/24/22 | Call & Review with Nicholas | 18 mins.* |
| | Call to client re Final status | 12 mins.* |
| 11/1/22 | Called client Loan Mod Application Submitted | 12 mins.* |
| 11/2/22 | Check records for 2019 Payments | 30 mins.* |
| 11/3/22 | Sent application to Nicholas | 12 mins.* |
| 11/7/22 | Conference with Judge Frank | 18 mins.* |
| 11/8/22 | confirmation Hearing continued | 18 mins.* |
| 11/17/22 | Trustee's Motion to Dismiss Filed | 6 mins. |
| 11/21/22 | Answer filed to Truste's Motion | 18 mins. |
| 12/6/22 | Call to Client | 12 mins. |

| Date | Description | Time |
|---|---|---|
| 12/15/12 | Call message for Nicholas | 6 mins.* |
| 12/19/22 | Calls to Leroy, Nichlas re Hearings | 18 mins. |
| 11/20/22 | Hearing Before Judge | 24 mins. |
| 12/24/22 | Draft Amended Plan | 1 hr. |
| 12/26/22 | Revise, File, Serve Amended Plan | 1 hr. |
| 1/2/23 | Call to Client | 12 mins. |
| 1/3/23 | Call to Nicholas | 18 mins.* |
|  | Call Back to Client | 12 mins. |
| 1/13/23 | Client Called, New Lease Sgned & Sentto Nicholas | 18 mins.* |
| 1/24/23 | Objection to Confirmation Filed by Mportgagee | 12 mins. |
| 1/27/23 | Hearing continued to 2/7/23 | 6 mins. |
| 1/30-31/23 | Calls to Nicholas | 12 mns. |
| 1/31/23 | Review Documents | 12 mins. |
| 2/3/23 | Email to Leroy | 18 mins. |
| 2/7/23 | Court Hearing | 1 hr. |
| 2/8-9/23 | Prepare Fee Application | 3 hrs. |
| 2/9/10 | Complete Fee Application,& Notice | 30 mins. |
| 2/10/23 | File & Serve Fee Application | 30 mins. |

TOTAL HOURS: 61 hrs , 2 mins.

HOURS OF SERVICE OVER $2500 BASE AMOUNT (NOTED BY *): 28 hrs., 56 mins.@

$200/hr.( this is a courtesy rate beneath the contracted rate of $300/hr., = $5792.00

TOTAL FEE DUE TO DATE: $2500 + $5792 = $8292 less $1000 paid = $ $7292.00