**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PIERREE V. PEARSON,           :     **CHAPTER 13**

     **Debtor**          : **BANKRUPTCY NO. 22-10803**

## NOTICE OF FEE APPLICATION

Notice is hereby given to all interested parties that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from February 8, 2021, through Februaryv10, 2023 in the amount of $8292 for this period, has been filed. Any Objection to this Application must be filed and served upon me within twenty-one days from March 7, 2023, on which date this Notice will be served. A copy of the Application is being provided to the Chapter 13 Trustee, the United States Trustee, and the Debtor. Any interested parties can obtain a copy from me on request. The amount to be paid to the Applicant by the trustee shall be $7292

/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor